**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Nos. 4:19CR390 AGF(NAB) |
| v. ) | 4:13CR119 AGF |
| ) | |
| DENNIS MCCRAY, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DETENTION**

On May 21, 2019, this matter came before the undersigned United States Magistrate Judge for a detention hearing in the above-referenced cases. For the reasons stated on the record at the time of the detention hearing, based on the record made in open court, after considering the Report of the Pretrial Services Office, arguments of counsel, and all of the factors required to be considered by 18 U.S.C. § 3142(g), I find that there are no conditions or combinations of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant be detained in custody pending trial and pending any Final Supervised Release Revocation Hearing.

**IT IS FURTHER ORDERED** that the defendant be allowed reasonable opportunity for consultation with counsel and with defense counsel's retained investigator, paralegal, or other retained expert consultant, including persons retained to conduct physical or psychological examinations.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                                                                          _____
                                                                                          SHIRLEY PADMORE MENSAH
                                                                                          UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of May, 2019.